## UNITED STATES BANKRUPTCY COURT
### NORTERN  DISTRICT OF  ILLINOIS
### EASTERN  DIVISION

In re: §
 §
FARMER, JOSEPH THOMAS § Case No. 13-23017
 §
       Debtor(s) §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          Jeffrey P. Allsteadt
          U.S. Bankruptcy Court Clerk
          219 South Dearborn Street- 7th Floor
          Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/06/2015 in Courtroom 613,
          United States Courthouse
          219 South Dearborn Street
          Chicago, Illinois  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Jeffrey P. Allsteadt_____
                                                       Clerk of The United States Bankruptcy
                                                                 Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
       §
FARMER, JOSEPH THOMAS  §   Case No. 13-23017
       §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 28,983.83 |
| and approved disbursements of | $ | 3,818.18 |
| leaving a balance on hand of[1] | $ | 25,165.65 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 3,341.38 | $ 0.00 | $ 3,341.38 |
| Trustee Expenses: Phillip D. Levey | $ 50.34 | $ 0.00 | $ 50.34 |
| Attorney for Trustee Fees: PHILLIP D. LEVEY | $ 3,285.00 | $ 0.00 | $ 3,285.00 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ 980.00 | $ 0.00 | $ 980.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 7,656.72 |
| Remaining Balance | $ 17,508.93 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,585.29 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Internal Revenue Service | $ 2,907.46 | $ 0.00 | $ 2,907.46 |
| 000004A | Illinois Department of Revenue | $ 1,245.17 | $ 0.00 | $ 1,245.17 |
| 000005A | Illinois Department of Revenue | $ 1,432.66 | $ 0.00 | $ 1,432.66 |

Total to be paid to priority creditors    $    5,585.29

Remaining Balance    $    11,923.64

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,836.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Asset Acceptance LLC assignee BANK OF AMERICA | $ 4,384.55 | $ 0.00 | $ 936.30 |
| 000003 | Asset Acceptance LLC assignee CITIBANK | $ 5,948.58 | $ 0.00 | $ 1,270.29 |
| 000006 | Capital One Bank (USA), N.A. | $ 1,220.85 | $ 0.00 | $ 260.71 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Capital Recovery V, LLC | $ 4,401.36 | $ 0.00 | $ 939.89 |
| 000008 | LVNV Funding, LLC its successors and assigns as | $ 22,008.39 | $ 0.00 | $ 4,699.78 |
| 000001B | Internal Revenue Service | $ 15,471.06 | $ 0.00 | $ 3,303.77 |
| 000004B | Illinois Department of Revenue | $ 2,203.82 | $ 0.00 | $ 470.62 |
| 000005B | Illinois Department of Revenue | $ 198.00 | $ 0.00 | $ 42.28 |

Total to be paid to timely general unsecured creditors    $    11,923.64

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-23017-TAB
Joseph Thomas Farmer                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mflowers              Page 1 of 2              Date Rcvd: Apr 06, 2015
                               Form ID: pdf006             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2015.
db         +Joseph Thomas Farmer,    3552 W Leland Ave,    APT# 1,   Chicago, IL 60625-7153
20560242   ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond, VA 23285)
20938493    Capital One Bank (USA), N.A.,    by American InfoSource LP, as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
20560238   +Citibank,   C/O Pinnacle Credit Servic,    7900 Highway 7 # 100,
               Saint Louis Park, MN 55426-4045
20560229   +Clerk, First Mun Div,    Doc #12M1-122215,    50 W. Washington St., Rm. 1001,
               Chicago, IL 60602-1316
20560234   +Clerk, First Mun Div,    Doc #12M1-127128,    50 W. Washington St., Rm. 1001,
               Chicago, IL 60602-1316
20560239   +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,   Atlanta, GA 30374-0241
20560240   +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,   Allen, TX 75013-2002
20560251   ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,   P O BOX 64338,
               CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Department,
               PO Box 19035,   Springfield, IL 62794-9035)
20930374    Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
               Chicago, IL 60664-0338
20560241   +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,   Chester, PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20905899   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 07 2015 00:40:09
               Asset Acceptance LLC assignee  BANK OF AMERICA,    PO Box 2036,   Warren, MI 48090-2036
20906139   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 07 2015 00:40:09
               Asset Acceptance LLC assignee  CITIBANK,    PO Box 2036,   Warren, MI 48090-2036
20560228   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 07 2015 00:40:09      BANK OF America,
               C/O Asset Acceptance LLC,    Po Box 2036,   Warren, MI 48090-2036
20988466    E-mail/PDF: rmscedi@recoverycorp.com Apr 07 2015 00:48:41     Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
20963770    E-mail/PDF: rmscedi@recoverycorp.com Apr 07 2015 00:48:41     Capital Recovery V, LLC,
               c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
20560236   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 07 2015 00:40:18     Chase BANK USA  N.A.,
               C/O Midland Funding,    8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
20560237   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 07 2015 00:40:18     Citibank  South Dakota   N.A.,
               C/O Midland Funding,    8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
20560231   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 07 2015 00:40:09      Citibank AT T Universal,
               C/O Asset Acceptance LLC,    Po Box 2036,   Warren, MI 48090-2036
20560232   +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 07 2015 00:48:19
               FIA CARD Services  N.A. BANK O,   C/O LVNV Funding LLC,    Po Box 740281,
               Houston, TX 77274-0281
20560244   +E-mail/Text: cio.bncmail@irs.gov Apr 07 2015 00:39:35     IRS Priority Debt,
               Attn: Bankruptcy Dept.,    PO Box 7346,   Philadelphia, PA 19101-7346
21203338    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 07 2015 00:48:18
               LVNV Funding, LLC its successors and assigns as,    assignee of Bank of America, N.A.,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
20560235   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 07 2015 00:40:18     Washington Mutual,
               C/O Midland Funding,    8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
20560233   +E-mail/Text: BKRMailOps@weltman.com Apr 07 2015 00:40:41     Weltman, Weinberg & Reis Co.,
               Bankruptcy Department,    180 N. LaSalle St., Ste. 2400,   Chicago, IL 60601-2704
                                                                                                TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20560252*  ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,   P O BOX 64338,
               CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Department,
               PO Box 19035,   Springfield, IL 62794-9035)
20560253*  ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,   P O BOX 64338,
               CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Department,
               PO Box 19035,   Springfield, IL 62794-9035)
20560254*  ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,   P O BOX 64338,
               CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Department,
               PO Box 19035,   Springfield, IL 62794-9035)
20560255*  ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,   P O BOX 64338,
               CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Department,
               PO Box 19035,   Springfield, IL 62794-9035)

```
District/off: 0752-1          User: mflowers              Page 2 of 2                  Date Rcvd: Apr 06, 2015
                              Form ID: pdf006             Total Noticed: 24
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
20560256*      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
                (address filed with court:   Illinois Department of Revenue,    Bankruptcy Department,
                 PO Box 19035,    Springfield, IL 62794-9035)
20560257*      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
                (address filed with court:   Illinois Department of Revenue,    Bankruptcy Department,
                 PO Box 19035,    Springfield, IL 62794-9035)
20560258*      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
                (address filed with court:   Illinois Department of Revenue,    Bankruptcy Department,
                 PO Box 19035,    Springfield, IL 62794-9035)
20560243*      +IRS Priority Debt,    Centralized Insolvency Operat.,    PO Box 7346,
                 Philadelphia, PA 19101-7346
20560245*      +IRS Priority Debt,    Attn: Bankruptcy Dept.,    PO Box 7346,    Philadelphia, PA 19101-7346
20560246*      +IRS Priority Debt,    Attn: Bankruptcy Dept.,    PO Box 7346,    Philadelphia, PA 19101-7346
20560247*      +IRS Priority Debt,    Attn: Bankruptcy Dept.,    PO Box 7346,    Philadelphia, PA 19101-7346
20560248*      +IRS Priority Debt,    Attn: Bankruptcy Dept.,    PO Box 7346,    Philadelphia, PA 19101-7346
20560249*      +IRS Priority Debt,    Attn: Bankruptcy Dept.,    PO Box 7346,    Philadelphia, PA 19101-7346
20560250*      +IRS Priority Debt,    Attn: Bankruptcy Dept.,    PO Box 7346,    Philadelphia, PA 19101-7346
20560230      ##+Fulton Friedman & Gullace LLP,    Bankruptcy Department,    5 East Van Buren, #214,
                 Joliet, IL 60432-4224
                                                                                        TOTALS: 0, * 14, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2015 at the address(es) listed below:
              David D. Lugardo    on behalf of Debtor Joseph Thomas Farmer ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
               plevey@ecf.epiqsystems.com
              Phillip D Levey, ESQ    levey47@hotmail.com, plevey@ecf.epiqsystems.com
              Phillip D Levey, ESQ    on behalf of Accountant Lois  West levey47@hotmail.com,
               plevey@ecf.epiqsystems.com
                                                                                             TOTAL: 5
```