UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
FARMER, JOSEPH THOMAS § Case No. 13-23017
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Phillip D. Levey_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Joseph T, Farmer |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| CLERK, U.S. BANKRU;PTCY COURT | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| RAYMOND JAMES & ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IRS Priority Debt Centralized Insolvency Operat. PO Box 7346 Philadelphia PA 19101 | | | | | |
| 2 | IRS Priority Debt Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | | | | |
| 3 | IRS Priority Debt Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | | | | |
| 4 | IRS Priority Debt Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | | | | |
| 5 | IRS Priority Debt Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6 IRS Priority Debt Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | | | | |
| | 7 IRS Priority Debt Attn: Bankruptcy Dept. PO Box 7346 Philadelphia PA 19101 | | | | | |
| 000004A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000005A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000001A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 BANK OF America C/O Asset Acceptance LLC Po Box 2036 Warren MI 48090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 10 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 11 Washington Mutual C/O Midland Funding 8875 Aero Dr Ste 200 San Diego CA 92123 | | | | | |
| | 2 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 3 Chase BANK USA  N.A. C/O Midland Funding 8875 Aero Dr Ste 200 San Diego CA 92123 | | | | | |
| | 4 Citibank C/O Pinnacle Credit Servic 7900 Highway 7 # 100 Saint Louis Park MN 55426 | | | | | |
| | 5 Citibank  South Dakota N.A. C/O Midland Funding 8875 Aero Dr Ste 200 San Diego CA 92123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 6 Citibank AT T Universal C/O Asset Acceptance LLC Po Box 2036 Warren MI 48090 | | | | | |
| | 7 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 8 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 9 FIA CARD Services N.A. BANK O C/O LVNV Funding LLC Po Box 740281 Houston TX 77274 | | | | | |
| | Clerk, First Mun Div Doc #12M1-122215 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Clerk, First Mun Div Doc #12M1-127128 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fulton Friedman & Gullace LLP Bankruptcy Department 5 East Van Buren, #214 Joliet IL 60432 | | | | | |
| | Weltman, Weinberg & Reis Co. Bankruptcy Department 180 N. LaSalle St., Ste. 2400 Chicago IL 60601 | | | | | |
| 000002 | ASSET ACCEPTANCE LLC ASSIGNEE BANK | | | | | |
| 000003 | ASSET ACCEPTANCE LLC ASSIGNEE CITIB | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000005B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000001B | INTERNAL REVENUE SERVICE | | | | | |
| 000007 | CAPITAL RECOVERY V, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | LVNV FUNDING, LLC ITS SUCCESSORS AN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-23017 | TB | Judge: TIMOTHY A. BARNES | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | FARMER, JOSEPH THOMAS | | | Date Filed (f) or Converted (c): | 05/31/13 (f) |
| | | | | 341(a) Meeting Date: | 07/26/13 |
| For Period Ending: | 06/13/15 | | | Claims Bar Date: | 11/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Capital One Checking | 30.00 | 0.00 | | 0.00 | FA |
| Checking account with Capital One 360 Debtor Claimed Exemption | | | | | |
| 2. US Bank Checking | 6,816.00 | 3,746.00 | | 6,816.00 | FA |
| Checking account with US Bank Debtor Claimed Exemption | | | | | |
| 3. Capital One Savings | 50.00 | 0.00 | | 0.00 | FA |
| Savings account with Capital One Debtor Claimed Exemption | | | | | |
| 4. HOUSEHOLD GOODS | 700.00 | 0.00 | | 0.00 | FA |
| 2 televisions, DVD player, computer, cell phone, sofa, small apliances, microwave, pots/pans, dishes/flatware, camera Debtor Claimed Exemption | | | | | |
| 5. BOOKS / COLLECTIBLES | 200.00 | 0.00 | | 0.00 | FA |
| Books, CD's, DVD's, Tapes/Records, Family Pictures Debtor Claimed Exemption | | | | | |
| 6. WEARING APPAREL | 50.00 | 0.00 | | 0.00 | FA |
| Necessary wearing apparel. Debtor Claimed Exemption | | | | | |
| 7. New York Life Insurance Policy | 150.00 | 0.00 | | 0.00 | FA |
| Whole Life Insurance policy with New York Life Debtor Claimed Exemption | | | | | |
| 8. SunAmerica Life Insurance Policy | 2,656.00 | 2,626.43 | | 2,626.43 | FA |
| Whole Life Insurance policy with SunAmerica Debtor Claimed Exemption | | | | | |
| 9. Pinnacel West Stock | 20,051.00 | 21,000.00 | | 19,496.64 | FA |
| 355 shares of Pinnacle West stock trading at $56.48 per share | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-23017 | TB | Judge: TIMOTHY A. BARNES |
|---|---|---|---|
| Case Name: | FARMER, JOSEPH THOMAS | | |

| Trustee Name: | Phillip D. Levey |
|---|---|
| Date Filed (f) or Converted (c): | 05/31/13 (f) |
| 341(a) Meeting Date: | 07/26/13 |
| Claims Bar Date: | 11/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. STOCK  Sharebuilder Portfolio | 405.00 | 44.76 | | 44.76 | FA |
| TOTALS (Excluding Unknown Values) | $31,108.00 | $27,417.19 | | $28,983.83 | Gross Value of Remaining Assets  $0.00  (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Filing of estate income tax return re sale of publicly traded common stock.

Initial Projected Date of Final Report (TFR): 12/15/14     Current Projected Date of Final Report (TFR): 11/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-23017 -TB | | Trustee Name: | Phillip D. Levey |
| Case Name: | FARMER, JOSEPH THOMAS | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******4987 Checking |
| Taxpayer ID No: | *******3754 | | | |
| For Period Ending: | 06/13/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/30/13 | | Joseph T. Farmer | | | 3,790.76 | | 3,790.76 |
| | * NOTE * | FARMER, JOSEPH T. | Memo Amount:       6,860.76 | 1129-000 | | | |
| | | | * NOTE * Properties 2, 10 | | | | |
| | | FARMER, JOSEPH T, | Memo Amount:   (    3,070.00 ) | 8100-000 | | | |
| | | | Exemption | | | | |
| 12/31/13 | 010001 | Clerk, U.S. Bankru;ptcy Court | Filing Fee | 2700-000 | | 176.00 | 3,614.76 |
| | | | Filing Fee - Motion to Sell 355 Shares of Common | | | | |
| | | | Stock of Pinnacle West Capital Cor;poration | | | | |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,604.76 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,594.76 |
| 03/16/14 | 9 | Raymond James & Associates, Inc. | Sale of Stock | | 19,115.90 | | 22,710.66 |
| | | RAYMOND JAMES & ASSOCIATES, INC. | Memo Amount:       19,496.64 | 1129-000 | | | |
| | | | Sale of Stock | | | | |
| | | RAYMOND JAMES & ASSOCIATES, INC. | Memo Amount:   (      380.74 ) | 3991-000 | | | |
| | | | Broker's Commission & Fees | | | | |
| 04/01/14 | 010002 | International Sureties, Ltd. | TRUSTEE'S BOND | 2300-000 | | 5.49 | 22,705.17 |
| | | 701 Poydras Street - Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.09 | 22,686.08 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.64 | 22,653.44 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.68 | 22,619.76 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.54 | 22,587.22 |
| 08/20/14 | 8 | Joseph Farmer | Insurance Policy Cash Value | 1129-000 | 2,626.43 | | 25,213.65 |
| 11/01/14 | 010003 | ILLINOIS DEPARTMENT OF REVENUE | TAXES - 2014 | 2820-000 | | 48.00 | 25,165.65 |
| | | | FEIN # 46-7203754 | | | | |
| 05/16/15 | 010004 | POPOWCER KATTEN, LTD. | Accountant for Trustee Fees (Other | 3410-000 | | 980.00 | 24,185.65 |
| 05/16/15 | 010005 | PHILLIP D. LEVEY | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,285.00 | 20,900.65 |

Page Subtotals       25,533.09       4,632.44

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-23017 -TB | | Trustee Name: | Phillip D. Levey |
| Case Name: | FARMER, JOSEPH THOMAS | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******4987 Checking |
| Taxpayer ID No: | *******3754 | | | |
| For Period Ending: | 06/13/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/16/15 | 010006 | PHILLIP D. LEVEY | Trustee Compensation | 2100-000 | | 3,341.38 | 17,559.27 |
| 05/16/15 | 010007 | PHILLIP D. LEVEY | Trustee Expenses | 2200-000 | | 50.34 | 17,508.93 |
| 05/16/15 | 010008 | Internal Revenue Service<br>Attn: Bankruptcy Dept.<br>PO Box 7346<br>Philadelphia, PA 19101 | Claim 000001A, Payment 100.00000% | 5800-000 | | 2,907.46 | 14,601.47 |
| 05/16/15 | 010009 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000004A, Payment 100.00000% | 5800-000 | | 1,245.17 | 13,356.30 |
| 05/16/15 | 010010 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000005A, Payment 100.00000% | 5800-000 | | 1,432.66 | 11,923.64 |
| 05/16/15 | 010011 | Internal Revenue Service | Claim 000001B, Payment 21.35452% | 7100-000 | | 3,303.77 | 8,619.87 |
| 05/16/15 | 010012 | Asset Acceptance LLC assignee BANK OF AMERICA<br>PO Box 2036<br>Warren, MI 48090 | Claim 000002, Payment 21.35453% | 7100-000 | | 936.30 | 7,683.57 |
| 05/16/15 | 010013 | Asset Acceptance LLC assignee CITIBANK<br>PO Box 2036<br>Warren, MI 48090 | Claim 000003, Payment 21.35451% | 7100-000 | | 1,270.29 | 6,413.28 |
| 05/16/15 | 010014 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000004B, Payment 21.35474% | 7100-000 | | 470.62 | 5,942.66 |
| 05/16/15 | 010015 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000005B, Payment 21.35354% | 7100-000 | | 42.28 | 5,900.38 |

Page Subtotals 0.00 15,000.27

Ver: 18.04c

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-23017 -TB | | Trustee Name: | Phillip D. Levey |
| Case Name: | FARMER, JOSEPH THOMAS | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******4987 Checking |
| Taxpayer ID No: | *******3754 | | | |
| For Period Ending: | 06/13/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/16/15 | 010016 | Capital One Bank (USA), N.A.<br>by American InfoSource LP, as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000006, Payment 21.35479%<br>(6-1) MODIFIED ON 09/03/2013 TO<br>CORRECT ADDRESS (WE) | 7100-000 | | 260.71 | 5,639.67 |
| 05/16/15 | 010017 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000007, Payment 21.35454%<br>(7-1) Citibank | 7100-900 | | 939.89 | 4,699.78 |
| 05/16/15 | 010018 | LVNV Funding, LLC its successors and assigns as<br>assignee of Bank of America, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000008, Payment 21.35449% | 7100-900 | | 4,699.78 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 26,357.40 | COLUMN TOTALS | | 25,533.09 | 25,533.09 | 0.00 |
| Memo Allocation Disbursements: | 3,450.74 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 25,533.09 | 25,533.09 | |
| Memo Allocation Net: | 22,906.66 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 25,533.09 | 25,533.09 | |
| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Receipts: | 26,357.40 | TOTAL - ALL ACCOUNTS | | | | |
| Total Allocation Disbursements: | 3,450.74 | Checking - ********4987 | | 25,533.09 | 25,533.09 | 0.00 |
| Total Memo Allocation Net: | 22,906.66 | | | 25,533.09 | 25,533.09 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     5,900.38

Ver: 18.04c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-23017 -TB | | Trustee Name: | Phillip D. Levey |
| Case Name: | FARMER, JOSEPH THOMAS | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******4987 Checking |
| Taxpayer ID No: | *******3754 | | | |
| For Period Ending: | 06/13/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals  0.00  0.00

Ver: 18.04c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*